1 | **ANDREW LAH**
California State Bar No. 234580
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 | Facsimile: (619) 687-2666
andrew_lah@fd.org

6 | Attorneys for Defendant Ms. Gonzales-Rubio

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 08mj2047 |
|                   Plaintiff,   ) | |
| v.                             ) | **NOTICE OF APPEARANCE** |
| **RENEE GONZALES-RUBIO**,      ) | |
|                   Defendant.   ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                              Respectfully submitted,

Dated: July 9, 2008                 *s/ ANDREW LAH*
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Defendant
                                      andrew_lah@fd.org

1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Ms. Gonzales-Rubio

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj2047 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| RENEE GONZALEZ-RUBIO, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**Assistant United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: July 9, 2008                                                                *s/ ANDREW LAH*
                                                                                                **ANDREW LAH**
                                                                                                Federal Defenders of San Diego, Inc.,
                                                                                                andrew_lah@fd.org